IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ROLON, *et al.*, : | |
|         Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:21-cv-01856-JMG |
| : | |
| METROPOLITAN LIFE INSURANCE : | |
| COMPANY, : | |
|         Defendant. : | |

**ORDER**

**AND NOW**, this 4th day of January, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF Nos. 14, 17), Plaintiffs' response (ECF No. 16), and Defendant's reply (ECF No. 22), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge